UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30442 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00016-WFN Eastern District of Washington, Spokane |
| v. | |
| BRIAN K. YOUNG, | ORDER |
| Defendant - Appellant. | |

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

In light of the Supreme Court's decision in *Reynolds v. United States*, 132 S.

Ct. 975 (2012), and its denial of the petition for writ of certiorari from this court's

decision in *United States v. Valverde*, 628 F.3d 1159 (9th Cir. 2010), Brian K.

Young's motion to dismiss the indictment, filed January 4, 2011, is granted.  This

matter is remanded to the district court with directions to dismiss the indictment

against Young.

**REVERSED and REMANDED.**

08-30442